### THE STATE *v.* BLICKENSTAFF.

From the Wabash Circuit Court.

*N. N. Austin*, Prosecuting Attorney, for the State.

BIDDLE, J.—This cause was submitted without any assignment of errors.

The appeal is therefore dismissed.